No. 75–528. NONNEWAUG REGIONAL SCHOOL DISTRICT No. 14 ET AL. *v.* SCOTT. C. A. 2d Cir. Certiorari denied.

No. 75–571. SHANNON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–724. PUBLIC INTEREST RESEARCH GROUP ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. 1st Cir. Certiorari denied.

No. 75–747. DAN J. SHEEHAN Co. *v.* OCCUPATIONAL SAFETY AND HEALTH REVIEW COMMISSION ET AL. C. A. 5th Cir. Certiorari denied.

No. 75–776. DU PUY ET AL. *v.* DIRECTOR, OFFICE OF WORKMEN'S COMPENSATION PROGRAMS, U. S. DEPARTMENT OF LABOR. C. A. 7th Cir. Certiorari denied.

No. 75–794. JANSEN *v.* VIRGINIA. Cir. Ct. Fauquier County, Va. Certiorari denied.

No. 75–802. ACUNA ET AL. *v.* CALIFORNIA UNEMPLOYMENT INSURANCE APPEALS BOARD. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 75–818. LUNA ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 75–852. GRASAVAGE ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.